# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LARRY TURNLEY,<br><br>    Defendant. | No. 3:96-00120 |

## ORDER

As set forth in the response of the Government, Mr. Turnley is not entitled to the relief he seeks.

Mr. Turnley's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2), Document #702, is **DENIED**.

It is so **ORDERED**.

Thomas A. Wiseman, Jr.
Senior United States District Judge